```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

JOHANNE SAINT-FLEUR,

                     Plaintiff,

     - against -

J.P. MORGAN CHASE BANK, N.A. and
J.P. MORGAN CHASE & CO.,                   ORDER

                     Defendants.     24 Civ. 10036 (NRB)

----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

   **WHEREAS** on December 31, 2024, plaintiff Johanne Saint-Fleur filed a Complaint, ECF No. 1, arising out of the same events and seeking the same damages as those sought in Saint-Fleur v. JPMorgan Chase Bank, N.A., No. 23 Civ. 4908 (PGG); and

   **WHEREAS** Judge Paul G. Gardephe, to whom the prior case was assigned, dismissed that action for failure to prosecute, Saint-Fleur, 2024 WL 3185077 (S.D.N.Y. June 26, 2024); and

   **WHEREAS** a dismissal based on failure to prosecute "operates as an adjudication upon the merits," Fed. R. Civ. P. 41(b), and plaintiff did not appeal this decision; and

   **WHEREAS** plaintiff's prior complaint involved the same "nucleus of operative fact[s] . . . [and] the same parties or those 'in privity' with them[,]" Harry v. Rodriguez, 337 Fed. App'x 17,

18 (2d Cir. 2009), and "[t]here is nothing in plaintiff's second complaint which could not have been 'raised and litigated' in his original action[,]" Chira v. Lockheed Aircraft Corp., 520 F. Supp. 1390, 1391 (S.D.N.Y. 1981); it is hereby

**ORDERED** that this case is dismissed with prejudice.  The Clerk of Court is respectfully directed to terminate any pending motions and close this case.

Dated:    New York, New York
          March 20, 2025

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE